AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )           Case No.  2:23-cr-00558
)
Target House, as particularly described in the Affidavit of )
U.S. Postal Inspector Andrew Grow, dated July 5, 2023 )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A to the affidavit of USPI A. Grow dated July 5, 2023.

located in the _____Judicial_____ District of _____South Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Attachment B to the affidavit of USPI A. Grow dated July 5, 2023.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession with Intent to Distribute and/or Distribution of Controlled Substances |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Andrew E Grow, Jr., U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____cellular telephone_____ *(specify reliable electronic means)*.

Date: July 05, 2023

*Judge's signature*

City and state: Charleston, SC          Molly Cherry, U.S. Magistrate Judge
*Printed name and title*

[Print]   [Save As...]   [Attach]   [Reset]